N/S
IFP SUBMITTED
L/N

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Central District of California

_____ Division

```
F I L E D
CLERK, U.S. DISTRICT COURT
SEP 6, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY:_____mp_____DEPUTY
```

Devin Wade

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jean P Rosenbluth

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:24-cv-01918 SSS
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Devin Wade
   Address: 6657 Canterbury Dr. #202, Chino Hills CA 91709
              City         State         Zip Code
   County:
   Telephone Number:
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Jean P Rosenbluth
   Job or Title (if known): Central District of California (Judge)
   Address: 350 w 1st St, Los Angeles CA 90012
              City         State         Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):

   ☑ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
              City         State         Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

City | State | Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

City | State | Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(2015 federal criminal codes: 18 usc 3771(1) Law changed after filing 5:19-cv-2496, as well as case name. Previously was Devin Wade v. Dept of Defense et al)
18 usc 241 & 18 usc 242, 14th amendment, Deprivation of Life while not upholding immunities of law against 5th amendment. All law must be upheld

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

> 1st, 4th, 5th, 6th, & 14th amendment as well as 18 usc 241 & 18 usc 242

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

> arresting crime victim of GBI multiple times after becoming one in 2015. 3 dismissed case as well as San Bernardino County concealed & Riverside County ( Public Intoxication Arrest [2016]) altered/concealed. 18 usc 1512(c)(1) of 2021 federal criminal codes.
> As proven on PSR (document 56) of case # 2:20-cr-00242-AB United States of America v. Devin Kyle Wade

## III. Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

> Central District of California (CACD), Riverside County, San Bernardino County, & Orange County California.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

> 2015 - 2024 (present)

C.  What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

> Plaintiff is a crime victim of GBI if 2 cases FWV1503270-1 & FWV1503270-2. Senate changed law in 2021 after prosecuting Crime Victim in 2:20-cr-00242-AB and civil suit filed in 2019 case # 5:19-cv-2496 and altered case name to United States of America, as well in case # 5:20-cv-00257, altered name to Dept of Defense et al against title 18 usc 1512(a)(c)(1)(d)(1), also Wade was arrested and prosecuted in case #'s RIM2403354, RIM1705294, RIM1713155, RIM1617305, RIF2401807, RIF2401808, RIF2401812, RIM2405849, RIM2407438 out of Riverside County HALL OF JUSTICE.  Also Plaintiff arrested by state/ local official: Chino Police Department and being prosecuted by Rancho District Court of San Bernardino County, CA Superior Court in case # FWV24002513. As well Central District of California processing & filing case(s)/ Civil Suits behind Crime Victims back in case # 2:24-cv-07355-FMO. Also Plaintiff Drivers License was revoked By Corona PD or Eastvale PD out of Riverside County in case(s) 427153DW, 427095DW & 425246DW. Also govt putting hits on my life

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Deprivation of Life,
Government is stalking Devin Kyle Wade, destroying my life, hacking me, and framing myself for domain name(s) as reported in ic3.gov complaint reports as well as government swapping Ip Addresses that previously Pinged in bank servers with investigators so they cannot go forward with case depriving life against due process immunities of obstruction/ and or previous crime victim rights violating the 14th amendment.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

demand met in full, before altered and changed.

**VI.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   09/02/2024

Signature of Plaintiff       Devin Wade
Printed Name of Plaintiff   Devin K. Wade

**B.   For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*   *State*   *Zip Code*

Telephone Number
E-mail Address

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. FWV1503270-1
The People of the State of California
VS. Cynthia Perry
PLAINTIFF'S EXHIBIT: crime victim of gbi
DATE 08/31/2015 IDEN.
DATE 11/17/2015 EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. FWV1503270-2
The People of the State of California
VS. Tanisha Mitchell
PLAINTIFF'S EXHIBIT: crime victim of gbi (2)
DATE 08/31/2015 IDEN.
DATE 11/17/2015 EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. 2:20-cr-00242-AB
United States of America
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§1623(a)(b)(c)(d)(e)
DATE 05/20/2020 IDEN.
DATE 03/13/2024 EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. 5:2024-cv-00313
Devin Wade
VS. Andre Birrotte
PLAINTIFF'S EXHIBIT: 18§1623(e)(f),18§241
DATE 02/05/2024-filed IDEN.
DATE 02/26/2024-terminated EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. FWV24002513
the People of the State of California
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§1513(e),18§241
DATE 07/26/2024 IDEN.
DATE present EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. RIM2403354
the People of the State of California
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§241,18§1623(e)
DATE _____ IDEN.
DATE _____ EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. RIF2401807
the People of the State of California
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§1513(f),18§242
DATE 04/11/2024 IDEN.
DATE 07/24/2024 EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. RIF2401808
the People of the State of California
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§1513(e),18§241
DATE 04/11/2024 IDEN.
DATE 07/24/2024 EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. RIF2401812
the People of the State of California
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§2331(5),18§241
DATE 04/04/2024 IDEN.
DATE 07/24/2024 EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. RIM1612178
the People of the State of California
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§3771,18§1512
DATE 08/12/2016 IDEN.
DATE 18§2332b(2015FCR) EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. RIM1617305
the People of the State of California
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§3771,18§1512
DATE 11/18/2016 IDEN.
DATE 18§2332b(2015FCR) EVID.
BY _____ Deputy Clerk

**U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA**
CASE NO. RIM1705294
the People of the State of California
VS. Devin Kyle Wade
PLAINTIFF'S EXHIBIT: 18§1961b,18§2332b
DATE 06/14/2017 IDEN.
DATE 18§2332b(2015FCR) EVID.
BY _____ Deputy Clerk

G-14A (04/17)   Exhibit Tag (Plaintiff)

PRINT ON YELLOW PAPER

| U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA | U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA | U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| CASE NO. _see attached (110 civil suits)_ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _18 usc 1512(a)_ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk | CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk | CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk |
| CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk | CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk | CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk |
| CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk | CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk | CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk |
| CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk | CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk | CASE NO. _____ <br><br> VS. _____ <br> PLAINTIFF'S EXHIBIT _____ <br> DATE _____ IDEN. <br> DATE _____ EVID. <br> BY _____ <br> Deputy Clerk |

G-14A (04/17)     Exhibit Tag (Plaintiff)

## Select A Case

**Devin Kyle Wade is a plaintiff in 110 cases.**

| Case Number | Case Title | Filed | Closed |
|---|---|---|---|
| 5:19-cv-02496-MWF-JPR | Devin Wade v. United States of America et al | filed 12/30/19 | closed 01/06/20 |
| 5:20-cv-00256-JGB-SP | Devin Wade v. Central District of, CA et al | filed 02/07/20 | closed 02/10/20 |
| 5:20-cv-00257-JGB-SHK | Devin Wade v. Dept of Defense et al | filed 02/07/20 | closed 02/10/20 |
| 5:20-cv-00258-JGB-SP | Devin Wade v. Dept of Defense et al | filed 02/10/20 | closed 02/10/20 |
| 5:20-cv-00259-MWF-JPR | Devin Wade v. Central District of, CA et al | filed 02/07/20 | closed 02/12/20 |
| 5:23-cv-02402-MWF-JPR | Devin Wade v. United States Probation Office | filed 11/27/23 | closed 03/18/24 |
| 5:23-cv-02403-MWF-JPR | Devin Wade v. US Justice Department | filed 11/27/23 | closed 03/18/24 |
| 5:23-cv-02470-MWF-JPR | Devin Wade v. Rancho Cucamonga District Superior Court of California | filed 12/05/23 | closed 03/18/24 |
| 5:23-cv-02471-MWF-JPR | Devin Wade v. Chino Police Department | filed 12/05/23 | closed 03/18/24 |
| 5:23-cv-02472-MWF-JPR | Devin Wade v. Superior Court of California County of Riverside | filed 12/05/23 | closed 03/18/24 |
| 5:23-cv-02473-MWF-JPR | Devin Wade v. LASD-Walnut | filed 12/05/23 | closed 03/18/24 |
| 5:23-cv-02474-MWF-JPR | Devin Wade v. Federal Public Defender Central District of California | filed 12/05/23 | closed 03/18/24 |
| 5:23-cv-02475-MWF-JPR | Devin Wade v. Marshals Service United States | filed 12/05/23 | closed 03/18/24 |
| 5:23-cv-02476-MWF-JPR | Devin Wade v. Federal Bureau of Prisons | filed 12/05/23 | closed 03/18/24 |
| 5:24-cv-00211-MWF-JPR | Devin Wade v. Defense Contact Management Agency et al | filed 02/01/24 | closed 02/09/24 |
| 5:24-cv-00212-MWF-JPR | Devin Wade v. Alhambra Police Department | filed 01/29/24 | closed 03/18/24 |
| 5:24-cv-00213-MWF-JPR | Devin Wade v. Central Intelligence Agency | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00214-MWF-JPR | Devin Wade v. Defense Commissary Agency DeCA | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00215-MWF-JPR | Devin Wade v. Vernon Police Department | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00217-MWF-JPR | Devin Wade v. Defense Contract Audit Agency DCCA | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00218-MWF-JPR | Devin Wade v. Defense Contract Management Agency DCMA | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00220-MWF-JPR | Devin Wade v. Department of Defense Education Activity | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00221-MWF-JPR | Devin Wade v. South Pasadena Police Department | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00222-MWF-JPR | Devin Wade v. Defense Advanced Research Projects Agency | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00223-MWF-JPR | Devin Wade v. Armed Forces Radiobiology Research Institute | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00224-MWF-JPR | Devin Wade v. Homeland Security Investigations | filed 01/29/24 | closed 02/09/24 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| 5:24-cv-00225-MWF-JPR | Devin Wade v. Signal Hill Police Department | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00226-MWF-JPR | Devin Wade v. Defense Finance and Accounting Service | filed 01/29/24 | closed 02/09/24 |
| 5:24-cv-00227-MWF-JPR | Devin Wade v. Office of Public and Indian Housing | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00228-MWF-JPR | Devin Wade v. Us Commission on Civil rights | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00229-MWF-JPR | Devin Wade v. Federal Trade Commission | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00230-MWF-JPR | Devin Wade v. Consumer Product Safety Commission | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00231-MWF-JPR | Devin Wade v. Defense Nuclear Facilities Safety Board | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00232-MWF-JPR | Devin Wade v. Office of the Inspector General | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00233-MWF-JPR | Devin Wade v. Corporation for National and Community Service | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00234-MWF-JPR | Devin Wade v. Burea of Engraving and Printing | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00235-MWF-JPR | Devin Wade v. US Treasury Department | filed 01/28/24 | closed 02/09/24 |
| 5:24-cv-00236-MWF-JPR | Devin Wade v. U.S. Mint | filed 01/28/24 | closed 02/13/24 |
| 5:24-cv-00243-MWF-JPR | Devin Wade v. Senate Judiciay Committee | filed 01/30/24 | closed 02/13/24 |
| 5:24-cv-00244-MWF-JPR | Devin Wade v. Probation and Pretrial | filed 01/30/24 | closed 02/13/24 |
| 5:24-cv-00245-MWF-JPR | Devin Wade v. Secretary of Homeland Security | filed 01/30/24 | closed 02/13/24 |
| 5:24-cv-00246-MWF-JPR | Devin Wade v. United States Congress | filed 01/30/24 | closed 02/13/24 |
| 5:24-cv-00252-MWF-JPR | Devin Wade v. Ketanji Brown Jackson | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00253-MWF-JPR | Devin Wade v. Elena Kagan | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00254-MWF-JPR | Devin Wade v. David Hackett | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00255-MWF-JPR | Devin Wade v. Neil M. Gorsuch | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00256-MWF-JPR | Devin Wade v. Samuel A. Alito Jr | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00257-MWF-JPR | Devin Wade v. Stephen G. Breyer | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00258-MWF-JPR | Devin Wade v. Anthony M. Kennedy | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00259-MWF-JPR | Devin Wade v. Amy Coney Barnett | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00260-MWF-JPR | Devin Wade v. Clarence Thomas | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00262-MWF-JPR | Devin Wade v. Brett M. Kavanaugh | filed 01/31/24 | closed 02/13/24 |
| 5:24-cv-00264-MWF-JPR | Devin Wade v. Director of National Intelligence | filed 01/30/24 | closed 02/13/24 |
| 5:24-cv-00266-MWF-JPR | Devin Wade v. Arizona Attorney General | filed 01/30/24 | closed 02/13/24 |

| Case Number | Case Name | Filed | Closed |
|---|---|---|---|
| 5:24-cv-00270-MWF-JPR | Devin Wade v. Secret Service | filed 01/29/24 | closed 02/13/24 |
| 5:24-cv-00276-MWF-JPR | Devin Wade v. War Department | filed 02/04/24 | closed 02/13/24 |
| 5:24-cv-00277-MWF-JPR | Devin Wade v. U.S. Department of Health and Human Services | filed 02/04/24 | closed 02/13/24 |
| 5:24-cv-00278-MWF-JPR | Devin Wade v. California Judiciay Council | filed 02/04/24 | closed 02/13/24 |
| 5:24-cv-00279-MWF-JPR | Devin Wade v. Federal Public Defender | filed 02/04/24 | closed 02/13/24 |
| 5:24-cv-00280-MWF-JPR | Devin Wade v. Orange Police Department | filed 02/03/24 | closed 03/18/24 |
| 5:24-cv-00281-MWF-JPR | Devin Wade v. Jorge Labarga | filed 02/04/24 | closed 02/13/24 |
| 5:24-cv-00282-MWF-JPR | Devin Wade v. Ricky Polston | filed 02/04/24 | closed 02/13/24 |
| 5:24-cv-00283-MWF-JPR | Devin Wade v. Jamie Grooshans | filed 02/04/24 | closed 02/13/24 |
| 5:24-cv-00284-MWF-JPR | Devin Wade v. Meredith L. Sasso | filed 02/04/24 | closed 02/13/24 |
| 5:24-cv-00285-MWF-JPR | Devin Wade v. Idaho Attorney General | filed 02/02/24 | closed 02/13/24 |
| 5:24-cv-00298-MWF-JPR | Devin Wade v. Office of the Director of National Intelligence | filed 02/05/24 | closed 02/15/24 |
| 5:24-cv-00299-MWF-JPR | Devin Wade v. National Geospatial-Intelligence Agency | filed 02/05/24 | closed 02/16/24 |
| 5:24-cv-00300-MWF-JPR | Devin Wade v. U.S. Coast Guard | filed 02/05/24 | closed 02/13/24 |
| 5:24-cv-00301-MWF-JPR | Devin Wade v. FBI Counterterrorism Division | filed 02/05/24 | closed 02/13/24 |
| 5:24-cv-00302-SPG | Devin Wade v. Hon. Philip S. Gutierrez | filed 02/02/24 | closed 02/28/24 |
| 5:24-cv-00303-MWF-JPR | Devin Wade v. Executive Office for US Attorneys | filed 02/05/24 | closed 02/13/24 |
| 5:24-cv-00304-MWF-JPR | Devin Wade v. California Department of Corrections and Rehabilitation | filed 02/06/24 | closed 02/14/24 |
| 5:24-cv-00305-MWF-JPR | Devin Wade v. California Parole Board | filed 02/06/24 | closed 02/13/24 |
| 5:24-cv-00306-MWF-JPR | Devin Wade v. Republican National Committee | filed 02/05/24 | closed 02/13/24 |
| 5:24-cv-00307-MWF-JPR | Devin Wade v. West Virginia State Board Education | filed 02/06/24 | closed 02/13/24 |
| 5:24-cv-00308-MWF-JPR | Devin Wade v. Chief Justice of the United States | filed 02/06/24 | closed 02/13/24 |
| 5:24-cv-00309-MWF-JPR | Devin Wade v. Democratic National Committee | filed 02/05/24 | closed 02/13/24 |
| 5:24-cv-00311-JFW | Devin Wade v. Hon. Karen L. Stevenson | filed 02/05/24 | closed 02/20/24 |
| 5:24-cv-00312-MWF-JPR | Devin Wade v. Riverside Police Department | filed 02/05/24 | closed 02/13/24 |
| 5:24-cv-00313-MEMF | Devin Wade v. Andre Birotte | filed 02/05/24 | closed 02/26/24 |
| 5:24-cv-00314-MWF-JPR | Devin Wade v. National Cyber Investigative Joint Task Force | filed 02/05/24 | closed 02/13/24 |
| 5:24-cv-00321-MWF-JPR | Devin Wade v. Office of the Inspector General | filed 02/05/24 | closed 02/13/24 |
| 5:24-cv-00323-MWF-JPR | Devin Wade v. Central District of California | filed 02/05/24 | closed 02/13/24 |

| Case Number | Case Title | Filed | Closed |
|---|---|---|---|
| 5:24-cv-01465-MWF-JPR | Devin Wade v. Administrative Office of the United States Courts | filed 07/15/24 | closed 08/07/24 |
| 5:24-cv-01487-MWF-JPR | Devin Wade v. Attorney General Office | filed 07/16/24 | closed 08/07/24 |
| 5:24-cv-01489-MWF-JPR | Devin Wade v. European Public Prosecutors Office | filed 07/16/24 | closed 08/07/24 |
| 5:24-cv-01490-MWF-JPR | Devin Wade v. Boarder Patrol | filed 07/17/24 | closed 08/07/24 |
| 5:24-cv-01497-MWF-JPR | Devin Wade v. Supreme Court of California | filed 07/17/24 | closed 08/07/24 |
| 5:24-cv-01498-MWF-JPR | Devin Wade v. Capitol Hill | filed 07/18/24 | closed 08/07/24 |
| 5:24-cv-01503-MWF-JPR | Devin Wade v. Ministry of Justice UAE | filed 07/18/24 | closed 08/07/24 |
| 5:24-cv-01577-MWF-JPR | Devin Wade v. Custom Houses of America et al | filed 07/26/24 | closed 08/07/24 |
| 5:24-cv-01636-MWF-JPR | Devin Wade v. Stodghill K Bryan et al | filed 08/01/24 | closed 08/07/24 |
| 5:24-cv-01638-MWF-JPR | Devin Wade v. Minister Ricardo Lorenzetti | filed 08/02/24 | closed 08/07/24 |
| 5:24-cv-01639-MWF-JPR | Davin Wade v. Arif Virani | filed 08/02/24 | closed 08/07/24 |
| 5:24-cv-01640-MWF-JPR | Devin Wade v. The Department of Defense et al | filed 08/02/24 | |
| 5:24-cv-01643-MWF-JPR | Devin Wade v. Patrick Ladd Wheeler Sefton et al | filed 08/02/24 | closed 08/07/24 |
| 5:24-cv-01644-MWF-JPR | Devin Wade v. Mohamed Mahmoud Al Masry | filed 08/02/24 | |
| 5:24-cv-01646-MWF-JPR | Devin Wade v. Susan Coralie Kenny AM | filed 08/02/24 | |
| 5:24-cv-01647-MWF-JPR | Devin Wade v. Michael A. Hestrin | filed 08/02/24 | closed 08/07/24 |
| 5:24-cv-01648-MWF-JPR | Devin Wade v. The General Directorate of Laws | filed 08/02/24 | closed 08/07/24 |
| 5:24-cv-01656-MWF-JPR | Devin Wade v. House Rules Committee | filed 08/02/24 | |
| 5:24-cv-01657-MWF-JPR | Devin Wade v. Jimmy Threatt Jr. | filed 08/05/24 | |
| 5:24-cv-01662-MWF-JPR | Devin Wade v. Child and Family Services | filed 08/02/24 | |
| 5:24-cv-01663-MWF-JPR | Devin Wade v. Jason Anderson | filed 08/03/24 | |
| 5:24-cv-01664-MWF-JPR | Devin Wade v. Pamela Y. Price | filed 08/03/24 | |
| 5:24-cv-01665-MWF-JPR | Devin Wade v. M. Siddiqui | filed 08/04/24 | |
| 5:24-cv-01666-MWF-JPR | David Wade v. Administration for Children and Families | filed 08/05/24 | |
| 5:24-cv-01667-MWF-JPR | Devin Wade v. Claudia Angermaier | filed 08/05/24 | |
| 5:24-cv-01671-MWF-JPR | Devin Wade v. Varoni | filed 08/04/24 | |
| 8:23-cv-02292-MWF-JPR | Devin Wade v. Hall of Justice, Orange County Superior Court | filed 12/05/23 | closed 03/18/24 |

## Select A Case

Devin Kyle Wade is a petitioner in 2 cases.

5:24-cv-01563-MWF-JPR   Devin Kyle Wade v. Central District of California   filed 07/25/24

5:24-cv-01765-MWF-JPR   Devin Kyle Wade v. Central District of California   filed 08/18/24